# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| MARVIN L. MILLER and<br>BRIAN M. TILLER, | ) ) ) | |
| Plaintiffs, | ) | No. 3:23-cv-00152-KAC-DCP |
| v. | ) ) | |
| CITY OF LAFOLLETTE, TENNESSEE, | ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

The parties hereby appear, by and through counsel, and stipulate that the above-referenced lawsuit, and any and all claims that are included or could be included therein against Defendant City of LaFollette, Tennessee, are hereby dismissed with full and final prejudice to the refiling of same. The parties agree and acknowledge there has been no admission of liability made by the City of LaFollette. The parties agree and acknowledge there has been no finding of liability made against the City of LaFollette.

The parties further agree that each party shall bear their own costs and attorney's fees.

RESPECTFULLY submitted this 27th day of March, 2025.

/s/Courtney E. Read
Emily C. Taylor, Esq.  BPR No. 027517
Courtney E. Read, Esq.  BPR No. 029147
WATSON, ROACH, BATSON &
LAUDERBACK, P.L.C.
Attorneys for Defendants
1500 Riverview Tower
900 South Gay St.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
etaylor@watsonroach.com
cread@watsonroach.com

/s/D. Alexander Burkhalter, III
David A. Burkhalter, II, TN BPR No. 004771 D.
Alexander Burkhalter, III, TN BPR No. 033642
THE BURKHALTER LAW FIRM
Attorneys for Plaintiffs
P.O. Box 2777
Knoxville, Tennessee 37901
(865) 524-4974
david@burkhalterlaw.com
alex@burkhalterlaw.com


L. Scott Miller, Esq. BPR No. 034102
STURGILL, TURNER, BARKER
& MOLONEY, PLLC.
Attorney for Plaintiffs
333 West Vine Street, Suite 1500
Lexington, KY 40507
(859)255-8581

2